170 A.3d 934

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. CAMILE LAMAR WILLIAMS, DEFENDANT–PETITIONER.

September 22, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004090–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied; and it is further

ORDERED that the notice of appeal is dismissed.

170 A.3d 934

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ISAAC D. CANDELARIO, DEFENDANT–PETITIONER.

September 22, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002491–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.